Case No.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 05 2021

JEFFREY P. COLWELL
CLERK

CEDRIC GREENE,

Plaintiff,

v.

FRONTIER AIRLINES, INC.,

Defendant.

---

**PLAINTIFF'S MOTION DOR LEAVE TO FILE A *"PRO SE"* ACTION IN THE DISTRICT OF COLORADO**
**AND**
**REQUEST FOR JUDICAL NOTICE**

---

Cedric Greene
501 East 6th Street
Los Angeles, California 90021
Tel: (323) 972- 9966
Email: cedricgreene33@yahoo.com

---

**TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLORADO:**

---

**(1.)**

The Plaintiff (Greene) in this matter is *pro se* with restrictions against his name in the District of Colorado.

On December 15, 2020, the Colorado Supreme Court Denied Greene's request to file a petition for writ of certiorari out of time.

Under the written provisions of Federal Rules of Civil Procedure 7(b)(1) and the District of Colorado restriction order, Greene submits a motion for leave to file a *pro se* action in the District of Colorado.

The *pro se* submission is accompanied with a judicial notice request with the supplied information from Cedric Greene

Greene is asking the District Court to take judicial notice under Federal Rules of Evidence 201(c)(2).

---

**REASONS WHY THE DISTRCIT OF COLORADO SHOULD GRANT GREENE'S *PRO SE* SUBMISSION
AND
JUDICIAL NOTICE REQUEST**

---

**(2.)**

The Supreme Court's order is attached in which Granted Greene's Motion to File Without Payment, but Denied leave to file a petition for writ of certiorari out of time.

The Supreme Court also ordered the case Dismissed at the state level, and closed the case as of December 15, 2020.

*"See Attached Order of December 15, 2020."*

In Greene's Panel Rehearing submission in the Court of Appeals, he argued that the case matter begun in small claims court in Denver County.

Small claims division of County Court substantiated Greene's claims against FRONTIER AIRLINES.

The only dispute that was before Small Claims of Denver County was Greene improperly introducing the case matter as a Small Claims case in Denver County.

Instead of Small Claims *dismissing the case matter without prejudice* or transferring the case to a different court within county court, it made a decision in an abuse of discretion type manner.

In Greene's quest to appeal a County's ruling, they did not process the matter to District Court, nor did Greene obtain anything from County Court indicating that an appeal was accepted.

Greene refiled the case matter in District Court due to all the complications.

Frontier's representatives in District Court argued that Greene sued *Frontier* again. What actually occurred was Greene's efforts to appeal County's ruling that was entered in an abusive manner.

The Court of Appeals order of September 24, 2020 instead went against Rehearing of the case matter, but provided Greene with the option to Petition in the Colorado Supreme Court.

Following the Court of Appeals order, the Denver District Court made matters more complicated for Cedric Greene with its restrictions that became active as of October 27, 2020.

The Denver District Court then ordered that case material be returned to Cedric Greene under its filing restrictions order and guidelines.

The purpose of submitting a legal request to this Court because complications made matters impossible to obtain Greene's Judgment at the state level.

As argued in the Panel Rehearing case in the Court of Appeal, small claims in Denver County substantiated the claims against Frontier Airlines.

On the other hand, the case was improperly introduced to Denver County as small claims. It should have been introduced to County Court in a different fashion.

He made a valued effort to appeal to District Court, but did not get any cooperation from County Court in his quest to overrule the Denver County official that heard the County case.

The case subjects finally made its way to the State's Highest Court in a delayed fashion.

The State's Highest Court did not accept the delayed case, and the Supreme Court's *dismissal order* supports closure at the State level.

Nevertheless, the civil claims directed at Frontier Airlines was substantiated in County Court when the case was heard under County Court case "18S00517."

Based on all of the above, Greene is presenting a legal request to the Federal Court in Colorado in efforts to take civil action against FRONTIER AIRLINES.

Sent on this 1ˢᵗ day of February, 2021

By: Cedric Greene

E- Signature: *Cedric Greene*

**{EVIDENCE RULE ATTACHMENT}**

**(3.)**

| | |
|---|---|
| Colorado Supreme Court<br>2 East 14th Avenue<br>Denver, CO 80203 | DATE FILED: December 15, 2020 |
| Certiorari to the Court of Appeals, 2019CA811<br>District Court, City and County of Denver, 2018CV634 | |
| **Petitioner:**<br><br>Cedric Greene,<br><br>v.<br><br>**Respondent:**<br><br>Frontier Airlines, Inc. | Supreme Court Case No:<br>2020SC934 |
| ORDER OF COURT | |

Upon consideration of the Motion to File Without Payment of Filing Fee filed in the above cause, and now being sufficiently advised in the premises,

IT IS ORDERED that said Motion to File Without Payment shall be, and the same hereby is, GRANTED.

The Court has reviewed the "Application for a Supreme Court Order to File a Late Petition" and "Affidavit of Cedric Greene in Support of the Request" filed in the above cause. The Court construes said documents as a motion to file a petition for writ of certiorari out of time, and now being sufficiently advised in the premises,

IT IS ORDERED that said motion shall be, and the same hereby is, DENIED.

The Court FURTHER ORDERS the above-captioned matter DISMISSED
and the case CLOSED.

BY THE COURT, DECEMBER 15, 2020.



Cedric Greene
501 East 60th Street
Los Angeles, CA. 90031

901210201160431
90001 00024
02/01/21
06        2SK
11415470  SSK
U.S. POSTAGE
$0.75
FCM LETTER
FOLD HERE

8029482501 C044

U.S. District Court of Colorado
901 "19Th Street" Room A105
Denver, Colorado 80394-3589