IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00385-GPG

CEDRIC GREENE,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## ORDER DISMISSING ACTION

Plaintiff Cedric Greene, a resident of Los Angeles, California, has submitted to the Court *pro se* a "Motion Dor [sic] Leave to File a 'Pro Se' Action in the District of Colorado and Request for Judicial Notice." (ECF No. 1).

Mr. Greene is enjoined from filing a civil action *pro se* in this Court unless he complies with the requirements of his filing restrictions under *Greene v. Office of the Comptroller of the Currency*, 19-cv-00821-LTB, ECF No. 10 (D. Colo. June 13, 2019). To file an action in this Court, Mr. Greene must take the following steps:

1. File with the Clerk of this Court a motion requesting leave to file a *pro se* action.

2. Include in the motion requesting leave to file a *pro se* action the following information:

    A. A list of all lawsuits currently pending or filed previously in the District of Colorado, including the name, number, and citation, if applicable, of each case, and the current status or disposition of each case; and

    B. A statement of the legal issues to be raised in the proposed new pleading and whether he has raised the same issues in other

1

      proceedings in the District of Colorado or any other federal court. If so, he must cite the case number and docket number where the legal issues previously have been raised.

    C. A notarized affidavit, in proper legal form, which certifies that, to the best of Plaintiff's knowledge, the legal arguments being raised are not frivolous or made in bad faith, they are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law, that this Court is the proper venue for such action, that the action is not interposed for any improper purpose such as delay, harassment, or to needlessly increase the cost of litigation, and that he will comply with all federal and local rules of this Court.

3. Submit the proposed new pleading to be filed in the *pro se* action.

Mr. Greene is not represented by counsel in this action, and he has failed to comply with the filing restrictions. Therefore, the action will be dismissed because Mr. Greene failed to comply with the sanction order.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Greene files a notice of appeal, he must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to comply with the sanction order restricting his ability to file *pro se* actions in the District of Colorado. It is

FURTHER ORDERED that Mr. Greene is denied leave to proceed *in forma pauperis* on appeal.

DATED at Denver, Colorado, this   10th   day of    February   , 2021.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court