IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 21-cv- 00385- LTB

UNITED STATES OF AMERICA,

Cedric Greene,

Plaintiff,

v.

Frontier Airlines, Inc.,

Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 26 2021

JEFFREY P. COLWELL
CLERK

## NOTICE OF APPEAL

Notice is hereby given that Cedric Greene,
(name the plaintiff or defendant)
in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order and Judgment Dismissing Action in District Court,
(describe the order and/or judgment)
entered in this action on the 10th day of February, 2021.

Dated February 22, 2021

Signature: *[signature: Cedric Greene]*

Cedric Greene
Printed Name

501 East 6th Street
Address

Los Angeles,   California   90021
City                State        Zip

(323) 972- 9966
Telephone Number

*Rev. 5/2019*



Cedric Greene
501 East 6th Street
Los Angeles, CA 90021

U.S. District Court of Colorado
901-19th Street - Room A105
Denver, Colorado 80294-3589