APPEAL,JD1,PS6,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:21−cv−00385−LTB

| | |
|---|---|
| Greene v. Frontier Airlines, Inc.<br>Assigned to: Judge Lewis T. Babcock<br>Cause: 42:1983 Civil Rights Act | Date Filed: 02/05/2021<br>Date Terminated: 02/10/2021<br>Jury Demand: None<br>Nature of Suit: 440 Civil Rights: Other<br>Jurisdiction: Federal Question |

**Plaintiff**

**Cedric Greene**   represented by   **Cedric Greene**
501 East 6th Street
Los Angeles, CA 90021
323−972−9966
PRO SE

V.

**Defendant**

**Frontier Airlines, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2021 | 1 | Plaintiff's MOTION dor Leave to file a "Pro Se" Action in the District of Colorado and Request for Judicial Notice by Plaintiff Cedric Greene. (cpomm, ) (Entered: 02/08/2021) |
| 02/05/2021 | 2 | Case assigned to Magistrate Judge Gordon P. Gallagher. Text Only Entry (cpomm, ) (Entered: 02/08/2021) |
| 02/10/2021 | 3 | ORDER DISMISSING ACTION. The action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to comply with the sanction order restricting his ability to file pro se actions in the District of Colorado. IFP on appeal is denied, by Judge Lewis T. Babcock on February 10, 2021. (rvill, ) (Entered: 02/10/2021) |
| 02/10/2021 | 4 | JUDGMENT by Clerk re: 3 Order Dismissing Actions on February 10, 2021. (rvill, ) (Entered: 02/10/2021) |
| 02/26/2021 | 5 | NOTICE OF APPEAL as to 3 Order Dismissing Case, 4 Clerk's Judgment, by Plaintiff Cedric Greene. (athom, ) (Entered: 03/01/2021) |