**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*8:11 am, Oct 18, 2021*
**JEFFREY P. COLWELL, CLERK**

**UNITED STATEES DISTRICT COURT- DISTRICT OF COLORADO**
901- 19TH Street, Room A105
Denver, Colorado 80294- 3589

No. 1: 21- CV- 00330- LTB

**CEDRIC GREENE,**

Plaintiff,

v.

**DENVER COUNTY COURT; RODEWAY INN/ OYO HOTEL,**

Defendant.

No. 1: 21- CV- 00385- LTB

**CEDRIC GREENE,**

Plaintiff,

v.

**FRONTIER AIRLINES, INC.,**

Defendant.

No. 1: 21- CV- 01613- LTB

**CEDRIC GREENE,**

Plaintiff,

v.

**CHARTER SPECTRUM, INC.,**

Defendant.

1

## MOTION FOR LEAVE TO FILE AS *PRO SE* AND REINSTATE

**1.**

The Tenth Circuit's *Order* and *Judgment* was issued on September 21, 2021. Greene sought rehearing in the Circuit Court, but the Court was against rehearing.

The order of their Court made reference to the filing restrictions in this Court, but declined to speak on the merits.

In accordance with the filing restrictions of this Court and *Federal Rules of Civil Procedure 7(b)(1)*, Greene will ask for leave to file *pro se* and *potential reinstatement* of the listed case matters.

## REASONS FOR REINSTATMENT OF THE CASE ISSUES

**2.**

The Tenth Circuit's order spoke about restrictions issued against Greene in other jurisdictions. That's essentially his history and reason it's complicated for him as *pro se.*

Some of the other jurisdiction's restrictions against Greene had nothing to do with litigations and case issues. That's another reason it's complicated for him as *pro se.*

In this Court on the other hand, it's unknown to Greene and others why it issued restrictions against him, but we all have an idea.

The Tenth Circuit however, expressed in its order that Greene could file a *pro se claim* in this Court if he met the district court's guidelines. It can only be met if issued opportunity.

**As to the other jurisdictions that played with Greene's name for** *non- legal reasons,* **it would be greatly appreciated if they would discontinue using their authority for advantage reasons.**

**All of these matters were before the State Court's of Colorado, and all of the claims were legitimate.**

**What prevented them from succeeding** *at the state level* **were reasons that were beyond the control of the** *pro se litigant.* **The cases made their way beyond the Tenth Circuit restrictions.**

**The Tenth Circuit upheld the restrictions of this Court. Since their Court is in agreement to permit Greene to proceed with the matters in this Court as** *pro se,* **we find it fair to ask for** *reinstatement.*

**In asking that they be reinstated, the hope is that the Court approve Greene's** *pro se status* **to proceed and therefore, the legal request is respectfully presented to the Court.**

### CONCLUSION

**3.**

**Based upon the above, the Court is being asked for reinstatement of the above matters based on the ruling from the Tenth Circuit.**

**In asking for reinstatement, the Court is furthermore being asked that Mr. Greene be granted leave to proceed as** *pro se.*

**Dated: October 15, 2021**                                                                                        **Signature:** *Cedric Greene*

3