# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00385-LTB

CEDRIC GREENE,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On October 18, 2021, Plaintiff filed a "Motion for Leave to File as Pro Se and Reinstate." (ECF No. 11). The Motion is **DENIED**.   This case was dismissed on February 10, 2021 because Plaintiff failed to comply with the filing restrictions imposed against him. (ECF No. 3).   Any additional documents filed in this case will be stricken.

Dated:   October 22, 2021