UNITED STATES DISTRICT COURT- DISTRICT OF COLORADO
901 19TH Street, Room A105
Denver, Colorado 80294- 3589

No. 1: 21- CV- 003300- LTB

CEDRIC GREENE,

Plaintiff,

v.

DENVER COUNTY COURT; RODEWAY INN/OYO HOTEL,

Defendant.

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*9:54 am, Oct 25, 2021*
**JEFFREY P. COLWELL, CLERK**

No. 1: 21- CV- 00385- LTB

CEDRIC GREENE,

Plaintiff,

v.

FRONTIER AIRLINES, INC.,

Defendant.

No. 1: 21- CV- 01613- LTB

CEDRIC GREENE,

Plaintiff,

v.

CHARTER SPECTRUM INC.,

Defendant.

1

## PLAINTIFF'S MOTION FOR RECONSIDERATION TO THE CHIEF JUDGE OF THE U.S. DISTRICT

**1.**

The Plaintiff in the above matter is a restricted filer in this Court and was given notification that the Court declined two of the three cases listed in this submission.

In this legal pleading presented to the District of Colorado, Plaintiff (Greene) ask that the matter goes before the Chief Judge of this Court.

The document is titled as a *Reconsideration to the Chief Judge of the U.S. District Court,* but in legal terms under the codes the submission is a *Relief from Judgment or Order.*

It's presented to the Chief Judge of this Court under the written provisions of Federal Rules of Civil Procedure 60(b)(6).

## REASONS WHY THE CHIEF JUDGE SHOULD REVIEW AND ISSUE RELIEF TO CEDRIC GREENE

**2.**

The above matters reappeared in this Court from the Tenth Circuit. The Tenth Circuit's order has it that Greene must comply with the District Court restrictions.

The clerk has notified Greene that two of the above matters the Court *denied* leave to file as *pro se and reinstate.* It is expected that the exact Judge will decline the third matter thereto.

Under the provisions of Rule 60(b)(6), *the court may relieve a party from an order for any reason that justifies relief.* We have a reasonable idea for the reasons the restrictions were issued against Greene.

What's unclear is the restrictions itself. We have reasonable belief that the restriction order is more of a ban from the District of Colorado.

**If the restriction is a District of Colorado ban, it has to be communicated to Greene in the form of an order from the Court.**

**In each recent filings by Greene in this Court, he has made efforts to comply with the restrictions of this Court in order to be issued the opportunity to proceed as *pro se.***

**The orders from this Court always appear to express that Greene isn't complying with the Court's guidelines in the restriction order. That is the precise reason we submit our reconsideration matter to the Chief Judge.**

**In the Tenth Circuit order, the information in the order appeared as though it *was not against* Greene being issued the opportunity to proceed in this Court as *pro se.***

**However, the orders coming from this Court appears as though it has the desire to go against the higher court.**

**In our argument for relief under Rule 60(b)(6), Greene should be granted relief from the restriction order so that matters can have an opportunity to proceed before the process in a fair manner.**

**If the Court wish to keep its restriction order active, we ask the Chief for the order be amended to where he is required to submit a *generalized motion requesting for authorization to pursue a civil case as pro se.***

**As to the other case factors regarding Greene's submissions, we believe that others should discontinue with their dissatisfaction with Greene's filings in this federal system.**

**It's no different from the current circumstances of NBA player Ben Simmons. Simmons has *verbally informed the Philadelphia 76ers that he isn't mentally ready to play.***

**Could it be for reasons that he has already announced in public? Simmons has repeatedly informed the 76ers of his desires to play for another NBA team.**

3

**Greene has repeatedly expressed his unwillingness to work with the system in the other state, and has never been mentally ready or eager to pursue case matters in their system.**

**If Greene's mental status does not prepare him to proceed in the other state as *pro se,* we find it necessary to ask that the Chief Judge of this Court work with him.**

**In working with the *pro se litigant,* we ask that the Chief readjust to restriction order that will issue him more advantages and options to initiate case matters.**

**A *motion for leave to file as pro se* without the other requirements is satisfactory. The Court could also permit him to file normally, and require opposition to challenge him on whatever case issues.**

**In the Adams County Combined Court, Greene is permitted to file case matters normally, without seeking any leave.**

**We recognize that this isn't the Justice Center, but it's still a Colorado Court on the Federal level. The Court's Chief Judge is being asked to work with this litigant for case processing reasons.**

**In asking that the Court work with him, we ask that this filing proceeds before the Chief Judge. The Chief Judge is being ask to vacate the restriction order, or readjust it.**

**It should be readjusted or vacated so that Greene's matters could be presented before the Court to obtain an opportunity to move within its process.**

---

### ACTION REQUESTED

---

### 3.

**In our prayer for relief, we ask that this submission be routed to the Chief Judge of the District of Colorado. The Chief is being asked to vacate the restriction order against Greene.**

4

**If the Court wish to maintain its restrictions for other case reasons, we ask for it to be readjusted to where he is required to submit a** *generalized motion seeking leave to initiate a case.*

**As to Ben Simmons and the 76ers, he has recently informed them that he isn't** *mentally ready to play.*

**Greene informs the Chief Judge of this Court that he isn't** *mentally eager or ready to be in the other state's system as nothing.*

**As to these current matters, all of them can move forward in this Federal system if Greene is issued opportunity. That hasn't occurred thus far. Is the restriction order more of a ban?**

**If it's a ban, we seek relief from it for all of the above. That is why we ask that the Chief of this Court take up the matter for reconsideration purposes.**

*Respectfully Submitted,*

**Dated: October 22, 2021**                                                                 **Signature:** *Cedric Greene*