IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00385-LTB

CEDRIC GREENE,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On October 25, 2021, Plaintiff filed a "Motion for Reconsideration to the Chief Judge." (ECF No. 13). The Clerk of Court is ordered to STRIKE the motion.

    Plaintiff was warned on October 22, 2021, that this action was closed because he failed to comply with the filing restrictions imposed against him. (ECF No. 12). He was also warned that any additional documents filed in this case would be stricken. (*Id.*).

    Plaintiff is again advised that further filings will not be considered. The Clerk of Court is directed to strike any future filings in this closed action.

Dated: November 1, 2021