**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*4:21 pm, Nov 04, 2021*
**JEFFREY P. COLWELL, CLERK**

**UNITED STATES DISTRICT COURT- DISTRICT OF COLORADO**
**901- 19th Street- Room A105**
**Denver, Colorado 80294- 3589**

**No. 1: 21- CV- 00330- LTB**

**CEDRIC GREENE,**

**Plaintiff,**

v.

**DENVER COUNTY COURT; RODEWAY INN/ OYO HOTEL,**

**Defendant.**

**No. 1: 21- CV- 00385- LTB**

**CEDRIC GREENE,**

**Plaintiff,**

v.

**FRONTIER AIRLINES, INC.,**

**Defendant.**

**No. 1: 21- CV- 01613- LTB**

**CEDRIC GREENE,**

**Plaintiff,**

v.

**CHARTER SPECTRUM INC.,**

**Defendant.**

1

## NOTICE OF APPEALS

**Notice is hereby given that *CEDRIC GREENE*, in the above cases, hereby appeals to the United States Court of Appeals for the Tenth Circuit regarding all minute orders that were issued on separate dates in the above matters.**

**It is furthermore requested that Greene be presented with the opportunity to remove his *banned status* in the District of Colorado, because the restriction is more of a ban.**

**We understand and recognize that these are case matters that has been before the Tenth Circuit previously, but in these proposed appeals Greene will be appealing the ban.**

**If the ban is unable to be lifted, Greene will seek resolution in a different fashion for resolution of case reasons.**

**Mr. Greene is unable to comply with filing guidelines imposed against him if the opportunity isn't given to him by the below venue, or any other jurisdiction that has limited him.**

**Therefore, in accordance with Appellate Rule 4(a)(1), *CEDRIC GREENE* will ask the above Court for acceptance of this latest matter for *potential resolution purposes.***

**Dated: November 4, 2021**                                                      **Signed by**: *Cedric Greene*