IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00385-GPG

CEDRIC GREENE,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

ORDER DISMISSING ACTION

---

Plaintiff Cedric Greene, a resident of Los Angeles, California, has submitted to the Court *pro se* a "Motion Dor [sic] Leave to File a 'Pro Se' Action in the District of Colorado and Request for Judicial Notice." (ECF No. 1).

Mr. Greene is enjoined from filing a civil action *pro se* in this Court unless he complies with the requirements of his filing restrictions under *Greene v. Office of the Comptroller of the Currency*, 19-cv-00821-LTB, ECF No. 10 (D. Colo. June 13, 2019). To file an action in this Court, Mr. Greene must take the following steps:

1. File with the Clerk of this Court a motion requesting leave to file a *pro se* action.

2. Include in the motion requesting leave to file a *pro se* action the following information:

    A. A list of all lawsuits currently pending or filed previously in the District of Colorado, including the name, number, and citation, if applicable, of each case, and the current status or disposition of each case; and

    B. A statement of the legal issues to be raised in the proposed new pleading and whether he has raised the same issues in other

1

> proceedings in the District of Colorado or any other federal court. If so, he must cite the case number and docket number where the legal issues previously have been raised.
>
> C. A notarized affidavit, in proper legal form, which certifies that, to the best of Plaintiff's knowledge, the legal arguments being raised are not frivolous or made in bad faith, they are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law, that this Court is the proper venue for such action, that the action is not interposed for any improper purpose such as delay, harassment, or to needlessly increase the cost of litigation, and that he will comply with all federal and local rules of this Court.

3. Submit the proposed new pleading to be filed in the *pro se* action.

Mr. Greene is not represented by counsel in this action, and he has failed to comply with the filing restrictions. Therefore, the action will be dismissed because Mr. Greene failed to comply with the sanction order.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Greene files a notice of appeal, he must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to comply with the sanction order restricting his ability to file *pro se* actions in the District of Colorado. It is

FURTHER ORDERED that Mr. Greene is denied leave to proceed *in forma pauperis* on appeal.

DATED at Denver, Colorado, this   10th   day of    February   , 2021.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

Case No. 1:21-cv-00385-LTB Document 16-1 Filed 06/10/21 USDC Colorado pg 3 of 8

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00385-LTB

CEDRIC GREENE,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 10, 2021, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 10 day of February, 2021.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk

                      By: s/ R. Villa,
                      Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00385-LTB

CEDRIC GREENE,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On October 18, 2021, Plaintiff filed a "Motion for Leave to File as Pro Se and Reinstate." (ECF No. 11). The Motion is **DENIED**. This case was dismissed on February 10, 2021 because Plaintiff failed to comply with the filing restrictions imposed against him. (ECF No. 3). Any additional documents filed in this case will be stricken.

Dated: October 22, 2021

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00385-LTB

CEDRIC GREENE,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On October 25, 2021, Plaintiff filed a "Motion for Reconsideration to the Chief Judge." (ECF No. 13). The Clerk of Court is ordered to STRIKE the motion.

    Plaintiff was warned on October 22, 2021, that this action was closed because he failed to comply with the filing restrictions imposed against him. (ECF No. 12). He was also warned that any additional documents filed in this case would be stricken. (*Id.*).

    Plaintiff is again advised that further filings will not be considered. The Clerk of Court is directed to strike any future filings in this closed action.

Dated: November 1, 2021

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*4:21 pm, Nov 04, 2021*
**JEFFREY P. COLWELL, CLERK**

**UNITED STATES DISTRICT COURT- DISTRICT OF COLORADO**
**901- 19th Street- Room A105**
**Denver, Colorado 80294- 3589**

**No. 1: 21- CV- 00330- LTB**

**CEDRIC GREENE,**

**Plaintiff,**

**v.**

**DENVER COUNTY COURT; RODEWAY INN/ OYO HOTEL,**

**Defendant.**

**No. 1: 21- CV- 00385- LTB**

**CEDRIC GREENE,**

**Plaintiff,**

**v.**

**FRONTIER AIRLINES, INC.,**

**Defendant.**

**No. 1: 21- CV- 01613- LTB**

**CEDRIC GREENE,**

**Plaintiff,**

**v.**

**CHARTER SPECTRUM INC.,**

**Defendant.**

1

## NOTICE OF APPEALS

**Notice is hereby given that *CEDRIC GREENE,* in the above cases, hereby appeals to the United States Court of Appeals for the Tenth Circuit regarding all minute orders that were issued on separate dates in the above matters.**

**It is furthermore requested that Greene be presented with the opportunity to remove his *banned status* in the District of Colorado, because the restriction is more of a ban.**

**We understand and recognize that these are case matters that has been before the Tenth Circuit previously, but in these proposed appeals Greene will be appealing the ban.**

**If the ban is unable to be lifted, Greene will seek resolution in a different fashion for resolution of case reasons.**

**Mr. Greene is unable to comply with filing guidelines imposed against him if the opportunity isn't given to him by the below venue, or any other jurisdiction that has limited him.**

**Therefore, in accordance with Appellate Rule 4(a)(1), *CEDRIC GREENE* will ask the above Court for acceptance of this latest matter for *potential resolution purposes.***

**Dated: November 4, 2021**                                                                                       **Signed by**: *Cedric Greene*