**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*1:45 pm, Nov 05, 2021*
**JEFFREY P. COLWELL, CLERK**

**UNITED STATES DISTRICT COURT- DISTRICT OF COLORADO**
**901 19ᵀᴴ Street, Room A105**
**Denver, Colorado 80294- 3589**

No. 1: 21- CV- 00330- LTB

**CEDRIC GREENE,**

Plaintiff,

v.

**DENVER COUNTY COURT; RODEWAY INN/ OYO HOTEL,**

Defendant.

No. 1: 21- CV- 00385- LTB

**CEDRIC GREENE,**

Plaintiff,

v.

**FRONTIER AIRLINES, INC.,**

Defendant.

No. 1: 21- CV- 0613- LTB

**CEDRIC GREENE,**

Plaintiff,

v.

**CHARTER SPECTRUM INC.,**

Defendant.

2

## MOTION FOR CLARIFICATION OF THE COURT'S MINUTE ORDERS

**The Court has filed three separate minute orders in the above action that raises questions to *CEDRIC GREENE*.**

**Under Federal Rules of Civil Procedure 7(b)(1), an order is being requested from the District of Colorado for further clarification.**

**In the minute orders of the above matters, the Court's Senior Judge instructs the clerk to *strike any further filings in the above matters*.**

**On the other hand, we seek clarification if the minute orders apply for appeal notices under *Federal Rules of Appellate Procedure 4(a)(1)(A)*.**

**On November 4, 2021, Greene presented his *Notice of Appeal for the U.S. Court of Appeals for the Tenth Circuit*.**

**It is to our understanding that appeal notices are to be transmitted over once the litigant seeks further review, but minute orders in the above matters directs the clerk to *strike any further filings*.**

**Based on the above, *CEDRIC GREENE* seeks further clarification of the Court's position.**

**Finally, all praise goes to the Colorado paralegal resources of *CEDRIC GREENE*. They are always available to support Greene's legal needs.**

2

This filing isn't about the Colorado resources of *CEDRIC GREENE,* it's clarification of the Court's minute orders in the above matters.

Does the Judge's minute order strikes Notice of Appeals under *Federal Rules of Appellate Procedure 4(a)(1)(A)?*

If it doesn't apply, Greene does seek further review in the above Court pursuant to that Appellate Procedure Rule.

Dated: November 5, 2021                                                                                     Signed by: *Cedric Greene*