# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00385-LTB

CEDRIC GREENE,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On November 5, 2021, Plaintiff filed a "Motion for Clarification of the Court's Minute Orders." (ECF No. 19).  Plaintiff is informed that his Notice of Appeal will not be stricken.

Dated:  December 8, 2021