FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*3:08 pm, Apr 13, 2022*
JEFFREY P. COLWELL, CLERK

D.C. No. 1: 21- CV- 00385- LTB

UNITED STATES DISTRICT COURT- DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

CEDRIC GREENE,

Plaintiff,

v.

FRONTIER AIRLINES, INC.,

Defendant.

MOTION FOR LEAVE TO ALTER FILING REQUIREMENTS FOR CIVIL PROCESSING

Cedric Greene
501 East 6th Street
Los Angeles, California 90021
Tel: (323) 972- 9966
*Email: cedricgreene33@yahoo.com*

1

## TO THE CHIEF JUDGE OF THE DISTRICT OF COLORADO:

### 1.

The Appeal's Court mandate was issued in the above matter was issued on March 25, 2022, in which transferred jurisdiction back to this Court. *Mr. Greene has filing restrictions in this legal venue.*

The Appeals Court upheld the restrictions of this Court. The restrictions against Greene is what prevented this matter from proceeding.

Being that civil matters were transferred back to this Court, Greene respectfully ask that the Court alter his filing requirements for this case. *The motion should be accepted by the District of Colorado pursuant to Federal Rules of Civil Procedure 7(b)(1).*

### *REASONS FOR ALTERATION OF THE RESTRICTION ORDER FOR CIVIL PROCESSING*

### 2.

Mr. Greene understands the reason this Court had to take a stand against his filings in its venue.

He also understands why the appeals venue had to take a stand against him in their legal venue as well. "This case introduced Mr. Greene to the Colorado system in past years."

In the Colorado system both state and federal, no one has accused Mr. Greene of being vexatious.

That determination of any litigant was unknown to many in this state until a review was conducted and discovered where the term was originated.

3

**The State that originated the term that identified Greene has repeatedly neglected to grant Greene any jurisdictional relief despite having the clear understanding that their identification of Mr. Greene is what *flagged* and *blackballed* his name in the legal process.**

**That's not the reason that Mr. Greene moves the Federal venue of this state to alter his filing requirements.**

**This case does have a Colorado connection, but it still isn't the full reason that Greene moves to alter the filing requirements.**

**If the Court was to research the records of state court, the review will show that all claims were substantiated in past years in the lower state Court.**

**When Greene made efforts to show what occurred that was in violation of his due process, Denver District's Chief Judge placed a *no filing restriction against him*.**

**The higher Colorado Court's upheld the Chief's restrictions. It's similar to the Tenth Circuit substantiating the restrictions of this Court.**

**In this honorable venue however, it's forms that Mr. Greene can present that could ask the Court to appoint him a Colorado attorney if the Court determines that he is unable to proceed *pro se*.**

**Greene would not be in opposition to having legal counsel of Colorado working with him for the interest of justice of this case.**

**As to the restrictions in a West Coast state, it should not have any effect on Greene's efforts to navigate matters in the Colorado system.  *"The Colorado system was the only system that had the desire to work with Greene's filings regardless of his status in other venues."***

3

**Colorado has also provided Greene with an impartial platform to submit** *pro se* **matters without confusion or friction.**

**Colorado has also obtained an All Pro Quarterback that should take the Broncos to the next level if his offensive line can protect him so that he could work his Football magic.**

**Mr. Greene loves Colorado, and he also loves the folks that have done their best to support him proceeding is the Colorado system at the state and federal levels.**

**Mr. Greene would litigate every case in the Colorado system if it was solely up to him. In this matter, he seeks for that opportunity to resolve case conflict** *in this state.*

**The fact that it has a Colorado connection is irrelevant to Mr. Greene. What's relevant is the new drive and passion that Greene has obtained due to the Broncos obtaining Russell Wilson.**

**Russell Wilson and his spouse Ciara has brought to their success to the Mile High State. That's more motivation for Mr. Greene. As to this case, it didn't obtain the resolution at the state level, but the Federal level is different.**

**The restrictions in this Court is essentially what concluded matters in past proceedings, but the Tenth Circuit transferred matters back to this Court.**

**In transferring matters back to this venue, Mr. Greene ask the Court for alterations of its filing requirements to permit civil processing.**

## CONCLUSION

**3.**

For all of the above reasons, Greene ask this Court for leave to alter its filing requirements so that civil matters can move through the channels.

If the Court isn't in agreement to make certain adjustments to give the case an opportunity, Greene would ask that he be permitted adequate time to comply with the Court's requirements.

**Dated: April 13, 2022**                                                          **Signature:** *Cedric Greene Jr.*