**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*1:14 pm, Aug 09, 2022*
**JEFFREY P. COLWELL, CLERK**

**District Court No. 21- cv- 00385- LTB**

Cedric Greene
Vs.
Frontier Airlines, Inc.

**UNITED STATES DISTRICT COURT- DISTRICT OF COLORADO**
**901 19TH Street**
**Denver, Colorado 80294**

**MOTION FOR EXTENSION OF TIME TO FILE AN APPEAL; AFFIDAVIT IN SUPPORT OF MOTION**

Cedric Greene
501 East 6th Street
Los Angeles, California 90021
Tel: (323) 972- 9966
Email: cedricgreene33@yahoo.com

1

**TO THE CLERK OF THE COURT:**

**1.**

The Court's minute order was issued on June 22, 2022. Under *Federal Rules of Appellate Procedure 5(A)(2),* Greene will ask the Court to extend the time to submit his appeal.

The affidavit in support of Cedric Greene's motion will be presented to this Court under the guidelines of *Federal Rules of Appellate Procedure 27(2)(B)(2).*

**AFFIDAVIT OF CEDRIC GREENE IN SUPPORT OF HIS MOTION TO EXTEND THE TIME**

**2.**

The code Mr. Greene used permits the party to obtain relief if good cause is shown. In this submission, Greene ask the Court to extend the time due to family reasons.

He is a soon to be great Grandfather. His Granddaughter in- law had the desire for him to be part of the celebration of the new life that she will introduce to us.

What's important to Greene is that his in- law granddaughter asked that he take part in the celebration activities. The celebration caused for a slight delay in the appeal submission to the above Court.

Mr. Greene's in- laws are supportive of the litigant. The Granddaughter admires Greene as the litigant and extended family. She came from Georgia so that he could support the soon to be infant.

The future great Grandfather had to take a small break to show support for his future Great Granddaughter. That's why we ask for the Court to extend the time to appeal its order.

**I DECALRE under penalty of perjury that the forgoing is true and correct, and that this legal affidavit was executed on this 9th day of August, 2022.**

**E- Signature:** *Cedric Greene Jr.*