IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00385-LTB

CEDRIC GREENE,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## ORDER

This matter is before the Court on Plaintiff's *pro se* "Motion For Extension of Time to File an Appeal; Affidavit in Support of Motion," filed August 9, 2022. (ECF No. 25).

Plaintiff requests that the deadline to file a Notice of Appeal as to this Court's Minute Order issued on June 22, 2022 be extended for an unspecified amount of time. (*Id.* at 2). The Court's June 22, 2022 Minute Order directed the Clerk of Court to strike Plaintiff's "Motion for Leave to Alter Filing Requirements for Civil Processing" because this action was closed for failing to comply with filing restrictions and Plaintiff was previously warned that any further documents filed in this case would be stricken. (ECF No. 24).

In general, a litigant must file a notice of appeal within thirty days of entry of judgment. Fed. R. App. P. 4(a)(1)(A). Notwithstanding, a district court may, upon a motion filed no later than 30 days after the deadline for filing a notice of appeal, extend the time for filing an appeal if the moving party shows excusable neglect or good cause. Fed. R. App. P. 4(a)(5)(A)(i) & (ii).

1

In this case, Plaintiff fails to show excusable neglect or good cause. He alleges that "[h]e is soon to be [a] great Grandfather" and "[h]is Grandaughter in-law had the desire for him to be part of the celebration of the new life that she will introduce to us." (ECF No. 25 at 2). "The celebration caused for a slight delay in the appeal submission to the above Court." (*Id.*). The Court finds and concludes that Plaintiff has not shown excusable neglect or good cause warranting an extension in the time for filing an appeal. Thus, his motion will be denied.

Accordingly, it is

ORDERED that Plaintiff's "Motion For Extension of Time to File an Appeal; Affidavit in Support of Motion," (ECF No. 25) is **DENIED.**

DATED: September 9, 2022, at Denver, Colorado.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court