FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*2:34 pm, Sep 16, 2022*
JEFFREY P. COLWELL, CLERK

**District Court No. 1: 21- CV- 00385- LTB**

**Cedric Greene**
**Vs.**
**Frontier Airlines, Inc.**

**UNITED STATES DISTRICT COURT- DISTRICT OF COLORADO**
**901 19th Street**
**Denver, Colorado 80294**

**NOTICE OF APPEAL**

**Cedric Greene**
**501 East 6th Street**
**Los Angeles, California 90021**
**Tel: (323) 972- 9966**
**Email: cedricgreene33@yahoo.com**

1

**TO THE CLERK OF THE COURT:**

**1.**

**Cedric Greene appeals to the United States Court of Appeals for the Tenth Circuit from District Court's order entered on *September 9, 2022,* and the Court's minute order of *June 22, 2022.***

**AFFIDAVIT OF CEDRIC GREENE IN SUPPORT OF HIS APPEAL NOTICE**

**2.**

**The affidavit of Cedric Greene should be accepted under *Federal Rules of Appellate Procedure 27(2)(B)(1).* Frivolous and vexatious litigant declared against Cedric Greene originated outside of this state.**

**How many times have Cedric Greene sought a change of venue? Mr. Greene is listed as a restricted filer in the Tenth Circuit, but this case matter shouldn't fall under the restricted status.**

***It's a difference between the Tenth Circuit's restrictions and other locations.* The restrictions in this Court and the Tenth Circuit had a "*legal purpose.*"**

**Other restrictions against Greene meant something totally different, and they weren't within the scope of the law.**

**This proposed appeal to the Tenth Circuit should not rise to the level of further restrictions against Cedric Greene. That's why we wish to proceed further.**

**I DECLARE under penalty of perjury that the forgoing is true and correct, and that this affidavit was executed on this 16th day of September, 2022.**

                    **E- Signature:** *Cedric Greene Jr.*