APPEAL,JD1,PS6,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:21–cv–00385–LTB

| | |
|---|---|
| Greene v. Frontier Airlines, Inc. | Date Filed: 02/05/2021 |
| Assigned to: Judge Lewis T. Babcock | Date Terminated: 02/10/2021 |
| Case in other court:  USCA, 21–01070 | Jury Demand: None |
| USCA, 21–01395 | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

**Cedric Greene**     represented by   **Cedric Greene**
501 East 6th Street
Los Angeles, CA 90021
323–972–9966
PRO SE

V.

**Defendant**

**Frontier Airlines, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/16/2022 | 27 | NOTICE OF APPEAL as to 24 Order on Motion for Leave, 26 Order on Motion for Extension of Time to File by Plaintiff Cedric Greene. (sapod, ) (Entered: 09/19/2022) |
| 09/09/2022 | 26 | ORDER by Judge Lewis T. Babcock on 9/9/2022, re: 25 Plaintiffs "Motion For Extension of Time to File an Appeal; Affidavit in Support of Motion," is **DENIED**. (sphil, ) (Entered: 09/09/2022) |
| 08/09/2022 | 25 | MOTION for Extension of Time to File an Appeal; Affidavit in Support of Motion, by Plaintiff Cedric Greene. (angar, ) (Entered: 08/11/2022) |
| 06/22/2022 | 24 | MINUTE ORDER. The Clerk of Court is ordered to STRIKE the 23 Motion for Leave to Alter Filing Requirements for Civil Processing. Plaintiff is again advised that further filings will not be considered. The Clerk of Court is directed to **strike any future filings in this closed action**. By Judge Lewis T. Babcock on 06/22/2022.(sdunb, ) (Entered: 06/22/2022) |
| 04/13/2022 | 23 | **STRICKEN** MOTION for Leave to Alter Filing Requirements for Civil Processing by Plaintiff Cedric Greene. (sdunb, ) Modified on 6/22/2022 to strike pursuant to ECF 24 Minute Order (sdunb, ). (Entered: 04/14/2022) |
| 03/25/2022 | 22 | MANDATE of USCA as to 21 USCA Order/Opinion/Judgment, 15 Notice of Appeal filed by Cedric Greene : (USCA Case No. 21–1395) (sdunb, ) (Entered: 03/25/2022) |
| 03/03/2022 | 21 | USCA Order and Judgment as to 15 Notice of Appeal filed by Cedric Greene : (USCA Case No. 21–1395) (This document is not the Mandate) (sdunb, ) (Entered: 03/03/2022) |
| 12/08/2021 | 20 | MINUTE ORDER re 19 Motion for Clarification of the Court's Minute Orders. Plaintiff is informed that his Notice of Appeal will not be stricken. By Judge Lewis T. Babcock on 12/08/2021.(sdunb, ) (Entered: 12/08/2021) |
| 12/02/2021 | 18 | RECORD ON APPEAL filed by the Tenth Circuit as to 15 Notice of Appeal filed by Cedric Greene, Volume I – Pleadings (USCA Case No. 21–1395). Text Only Entry. (sdunb, ) (Entered: 12/02/2021) |
| 11/05/2021 | 19 | MOTION for Clarification of the Court's Minute Orders by Plaintiff Cedric Greene. (sdunb, ) (Entered: 12/02/2021) |

| | | |
|---|---|---|
| 11/05/2021 | 17 | USCA Case Number 21–1395 for 15 Notice of Appeal filed by Cedric Greene. (sdunb, ) (Entered: 11/05/2021) |
| 11/05/2021 | 16 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 15 Notice of Appeal filed by Cedric Greene to the U.S. Court of Appeals. (Pro Se, Fee not paid,) (Attachments: # 1 Preliminary Record, # 2 Docket Sheet)(sdunb, ) (Entered: 11/05/2021) |
| 11/04/2021 | 15 | NOTICE OF APPEAL as to 4 Clerk's Judgment, 3 Order Dismissing Case,, Order Reassigning Case, 12 Order on Motion for Order, 14 Order on Motion for Reconsideration, by Plaintiff Cedric Greene. (sdunb, ) (Entered: 11/05/2021) |
| 11/01/2021 | 14 | MINUTE ORDER. The Clerk of Court is ordered to STRIKE the (ECF. No. 13 ) Motion for Reconsideration to the Chief Judge. Plaintiff is again advised that further filings will not be considered. The Clerk of Court is directed to strike any future filings in this closed action. By Judge Lewis T. Babcock on 11/01/2021.(sdunb, ) (Entered: 11/01/2021) |
| 10/25/2021 | 13 | **STRICKEN** PLAINTIFFS MOTION FOR RECONSIDERATION TO THE CHIEF JUDGE OF THE U.S. DISTRICT re Relief from 4 Judgment or Order by Plaintiff Cedric Greene. (sdunb, ) Modified on 11/1/2021 strike motion (sdunb, ). (Entered: 10/25/2021) |
| 10/22/2021 | 12 | MINUTE ORDER. On October 18, 2021, Plaintiff filed a "Motion for Leave to File as Pro Se and Reinstate." (ECF No. 11 ). The Motion is DENIED. This case was dismissed on February 10, 2021 because Plaintiff failed to comply with the filing restrictions imposed against him. (ECF No. 3 ). Any additional documents filed in this case will be stricken, by Judge Lewis T. Babcock on 10/22/2021.(angar, ) (Entered: 10/22/2021) |
| 10/18/2021 | 11 | MOTION for Leave to File as Pro Se and Reinstate by Plaintiff Cedric Greene. (sdunb, ) (Entered: 10/18/2021) |
| 10/13/2021 | 10 | MANDATE of USCA as to Cedric Greene re 5 Notice of Appeal and 9 USCA Order and Judgment (USCA Case No. 21–1070) (sdunb, ) (Entered: 10/13/2021) |
| 09/21/2021 | 9 | USCA Order and Judgment as to 5 Notice of Appeal filed by Cedric Greene : (USCA Case No. 21–1070) (This document is not the Mandate) (sphil, ) (Entered: 09/23/2021) |
| 03/18/2021 | 8 | RECORD ON APPEAL filed by the U.S. Court of Appeals for the Tenth Circuit as to 5 Notice of Appeal filed by Cedric Greene. Record on appeal filed. No. of Volumes: 1, Comments: Vol. 1–pleadings. (USCA Case No. 21–1070). Text Only Entry. (rvill, ) (Entered: 03/18/2021) |
| 03/01/2021 | 7 | USCA Case Number 21–1070 for 5 Notice of Appeal filed by Cedric Greene. (athom, ) (Entered: 03/01/2021) |
| 03/01/2021 | 6 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 5 Notice of Appeal filed by Cedric Greene to the U.S. Court of Appeals. (Pro Se, Fee not paid and 1915 motion not filed, IFP status on appeal denied in final order,) (Attachments: # 1 Docket Sheet, # 2 Preliminary Record) (athom, ) (Entered: 03/01/2021) |
| 02/26/2021 | 5 | NOTICE OF APPEAL as to 3 Order Dismissing Case, 4 Clerk's Judgment, by Plaintiff Cedric Greene. (athom, ) (Entered: 03/01/2021) |
| 02/10/2021 | 4 | JUDGMENT by Clerk re: 3 Order Dismissing Actions on February 10, 2021. (rvill, ) (Entered: 02/10/2021) |
| 02/10/2021 | 3 | ORDER DISMISSING ACTION. The action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to comply with the sanction order restricting his ability to file pro se actions in the District of Colorado. IFP on appeal is denied, by Judge Lewis T. Babcock on February 10, 2021. (rvill, ) (Entered: 02/10/2021) |
| 02/05/2021 | 2 | Case assigned to Magistrate Judge Gordon P. Gallagher. Text Only Entry (cpomm, ) (Entered: 02/08/2021) |

| | | |
|---|---|---|
| 02/05/2021 | 1 | Plaintiff's MOTION dor Leave to file a "Pro Se" Action in the District of Colorado and Request for Judicial Notice by Plaintiff Cedric Greene. (cpomm, ) (Entered: 02/08/2021) |