# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00385-LTB

CEDRIC GREENE,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On April 13, 2022, Plaintiff filed a "Motion for Leave to Alter Filing Requirements for Civil Processing." (ECF No. 23). The Clerk of Court is ordered to STRIKE the motion.

    Plaintiff was warned on October 22, 2021, that this action was closed because he failed to comply with the filing restrictions imposed against him. (ECF No. 12). He was also warned that any additional documents filed in this case would be stricken. (*Id.*).

    Plaintiff is again advised that further filings will not be considered. The Clerk of Court is directed to strike any future filings in this closed action.

Dated: June 22, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00385-LTB

CEDRIC GREENE,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## ORDER

This matter is before the Court on Plaintiff's *pro se* "Motion For Extension of Time to File an Appeal; Affidavit in Support of Motion," filed August 9, 2022. (ECF No. 25).

Plaintiff requests that the deadline to file a Notice of Appeal as to this Court's Minute Order issued on June 22, 2022 be extended for an unspecified amount of time. (*Id.* at 2). The Court's June 22, 2022 Minute Order directed the Clerk of Court to strike Plaintiff's "Motion for Leave to Alter Filing Requirements for Civil Processing" because this action was closed for failing to comply with filing restrictions and Plaintiff was previously warned that any further documents filed in this case would be stricken. (ECF No. 24).

In general, a litigant must file a notice of appeal within thirty days of entry of judgment. Fed. R. App. P. 4(a)(1)(A). Notwithstanding, a district court may, upon a motion filed no later than 30 days after the deadline for filing a notice of appeal, extend the time for filing an appeal if the moving party shows excusable neglect or good cause. Fed. R. App. P. 4(a)(5)(A)(i) & (ii).

1

In this case, Plaintiff fails to show excusable neglect or good cause. He alleges that "[h]e is soon to be [a] great Grandfather" and "[h]is Grandaughter in-law had the desire for him to be part of the celebration of the new life that she will introduce to us." (ECF No. 25 at 2). "The celebration caused for a slight delay in the appeal submission to the above Court." (*Id.*). The Court finds and concludes that Plaintiff has not shown excusable neglect or good cause warranting an extension in the time for filing an appeal. Thus, his motion will be denied.

Accordingly, it is

ORDERED that Plaintiff's "Motion For Extension of Time to File an Appeal; Affidavit in Support of Motion," (ECF No. 25) is **DENIED.**

DATED: September 9, 2022, at Denver, Colorado.

                                            BY THE COURT:

                                            s/Lewis T. Babcock
                                            LEWIS T. BABCOCK, Senior Judge
                                            United States District Court

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
2:34 pm, Sep 16, 2022
JEFFREY P. COLWELL, CLERK

**District Court No. 1: 21- CV- 00385- LTB**

**Cedric Greene**
**Vs.**
**Frontier Airlines, Inc.**

**UNITED STATES DISTRICT COURT- DISTRICT OF COLORADO**
**901 19th Street**
**Denver, Colorado 80294**

**NOTICE OF APPEAL**

**Cedric Greene**
**501 East 6th Street**
**Los Angeles, California 90021**
**Tel: (323) 972- 9966**
**Email: cedricgreene33@yahoo.com**

1

## TO THE CLERK OF THE COURT:

### **1.**

**Cedric Greene appeals to the United States Court of Appeals for the Tenth Circuit from District Court's order entered on *September 9, 2022,* and the Court's minute order of *June 22, 2022.***

### **AFFIDAVIT OF CEDRIC GREENE IN SUPPORT OF HIS APPEAL NOTICE**

### **2.**

**The affidavit of Cedric Greene should be accepted under *Federal Rules of Appellate Procedure 27(2)(B)(1).* Frivolous and vexatious litigant declared against Cedric Greene originated outside of this state.**

**How many times have Cedric Greene sought a change of venue? Mr. Greene is listed as a restricted filer in the Tenth Circuit, but this case matter shouldn't fall under the restricted status.**

***It's a difference between the Tenth Circuit's restrictions and other locations.* The restrictions in this Court and the Tenth Circuit had a "*legal purpose.*"**

**Other restrictions against Greene meant something totally different, and they weren't within the scope of the law.**

**This proposed appeal to the Tenth Circuit should not rise to the level of further restrictions against Cedric Greene. That's why we wish to proceed further.**

2

3

**I DECLARE under penalty of perjury that the forgoing is true and correct, and that this affidavit was executed on this <u>16th day of September, 2022.</u>**

**E- Signature:** *Cedric Greene Jr.*

6