FILED
United States Court of Appeals
Tenth Circuit

October 4, 2022

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

CEDRIC GREENE,

    Plaintiff - Appellant,

v.

FRONTIER AIRLINES, INC.,

    Defendant - Appellee.

No. 22-1296
(D.C. No. 1:21-CV-00385-LTB)
(D. Colo.)

_____

### ORDER

_____

This appeal is dismissed for failure to prosecution pursuant to Tenth Circuit Rule 42.1. The appellant's proposed petition to proceed pro se does not comply with the filing restrictions applicable to the appellant. *Greene v. First to Serve Inc.*, Nos. 21-1246 & 21-1278, 2022 WL 386233 (10th Cir. Feb. 9, 2022) (unpublished). Any other request for relief contained in the petition is denied as moot. A copy of this order shall stand as and for the mandate of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk